UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MALIBU MEDIA, LLC,

                Plaintiff,                Civil Action File No.
                                                            15-CV-4733-VB

  -against-

JOHN DOE subscriber assigned IP address
68.197.198.39,

                Defendant.

-----------------------------------------------------------x  **NOTICE OF MOTION**

        **PLEASE TAKE NOTICE** that upon the annexed declaration Ray Beckerman dated August 27, 2015, the exhibits annexed thereto, and all prior papers and proceedings herein, the undersigned hereby moves before the Honorable Vincent L. Briccetti, United States District Judge, in Courtroom 620 of the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, for an Order quashing the July 21, 2015, subpoena issued herein, and granting such other and further relief as to the Court seems proper.

Dated: Forest Hills, New York
       August 27, 2015

                                      **RAY BECKERMAN, P.C.**

                                      By: _____
                                      Ray Beckerman
                                      Attorneys for Clive Burrow
                                      and Urban Cart Inc.
                                      108-18 Queens Blvd. 4th Fl.
                                      Forest Hills, NY 11375
                                      (718) 544-3434
                                      ray@beckermanlegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MALIBU MEDIA, LLC,

                Plaintiff,                      Civil Action File No.
                                                                    15-CV-4733-VB

  -against-

JOHN DOE subscriber assigned IP address
68.197.198.39,

                Defendant.

------------------------------------------------------------x    **DECLARATION**

        **RAY BECKERMAN** declares under penalty of perjury:

        1. I am a member of the bar of this Court, and associated with Ray Beckerman, P.C., attorneys for defendant.

        2. For the reasons eloquently set forth in the recent decision of Judge Hellerstein in Malibu Media v. Doe, 2015 WL 4092417 (SDNY July 6, 2015)(exhibit A), which we incorporate by reference herein, the undersigned respectfully requests that the July 21, 2015, subpoena heretofore issued in this case (exhibit B), be quashed.

        **WHEREFORE**, it is respectfully requested that the July 21, 2015, subpoena be quashed, and such other and further relief granted as to the Court seems proper.

Dated: Forest Hills, New York
       August 27, 2015

                                                               _____
                                                                **RAY BECKERMAN**